IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PALDO SIGN AND DISPLAY COMPANY, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.: _____ |
| UNITED MARKETING, LLC, UNITED VENDING AND MARKETING, INC., SUNRISE MARKETING & VENDING, INC., GLOBAL VENDING SERVICES, INC., MATTHEW A. CAPICCHIONI a/k/a MATT CAPI, NICHOLAS G. CHOMAKOS a/k/a NICK CHOMA, LAURA E. CHOMAKOS, ACCELERO COMMUNICATIONS, INC., DIGITALSPEED COMMUNICATIONS, INC., J2 GLOBAL, INC., J2 GLOBAL CANADA, INC., SLINGSHOT TECHNOLOGIES CORPORATION, TYLER EYAMIE, and JOHN DOES 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | [Fed. R. Civ. P. 7.1] Removed from the Circuit Court of the 19th Judicial District, Lake County, Illinois Case No. 12 CH 1346 |
| Defendants. | ) | |

**<u>NOTICE TO PLAINTIFF AND TO THE CIRCUIT COURT OF LAKE COUNTY, ILLINOIS OF REMOVAL OF ACTION TO FEDERAL COURT</u>**

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT AND TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 11, 2013, Defendants Tyler Eyamie filed a Notice of Removal of the above-captioned action in the United States District Court for the Northern District of Illinois.

A true and correct copy of the Notice of Removal, along with all exhibits and attachments, is attached to this notice as Exhibit A and is filed and served herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court for the Northern District of Illinois, together with the service and filing of a copy of that Notice with this Court, effects the removal of this matter and this Court may proceed no further with this case.

Dated:  March 11, 2013                                        Respectfully Submitted,

GREENSFELDER, HEMKER & GALE, P.C.


By         /s/ Patrick M. Jones
        Patrick M. Jones
        pmj@greensfelder.com
        Mary Ann L. Wymore*
        mlw@greensfelder.com
        David P. Niemeier*
        dpn@greensfelder.com
        200 West Madison Street, Suite 2700
        Chicago, Illinois 60606
        Telephone:  (312) 419-9090
        Facsimile:   (312) 419-1930

        10 South Broadway, Suite 2000
        St. Louis, Missouri 63102
        Telephone:  (314) 241-9090
        Facsimile:   (314) 241-8624

*Upon application for general admission

*Attorneys for Defendant Tyler Eyamie*

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the above and foregoing Notice was mailed via U.S. Mail, postage prepaid, on the 11th day of March, 2013, to:

Brian J. Wanca
Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Road, Suite 760
Rolling Meadows, Illinois 60008
*Attorneys for Plaintiff*

Unified Marketing, LLC
c/o Laura E. Chomakos
10322 Blue Claws Lane
Las Vegas, Nevada 89135
*Defendant*

United Vending and Marketing, Inc.
c/o Nicholas G. Chomakos
10322 Blue Claws Lane
Las Vegas, Nevada 89135
*Defendant*

Sunrise Marketing & Vending, Inc.
c/o Nicholas G. Chomakos
10322 Blue Claws Lane
Las Vegas, Nevada 89135
*Defendant*

Global Vending Services, Inc.
c/o Matthew A. Capicchioni
55557 Monroe Drive
Shelby Township, Michigan 48316
*Defendant*

Matthew A. Capicchioni
55557 Monroe Drive
Shelby Township, Michigan 48316
*Defendant*

Nicholas G. Chomakos
10322 Blue Claws Lane
Las Vegas, Nevada 89135
*Defendant*

Laura E. Chomakos
10322 Blue Claws Lane
Las Vegas, Nevada 89135
*Defendant*

Accelero Communications, Inc,
c/o Aaagent Services, LLC
125 Locust Street
Harrisburg, Pennsylvania 17101
*Defendant*

Digitalspeed Communications, Inc.
c/o Stephen Schurer, President
Co Management Inc.
1628 JFK Blvd, Ste 2300
Philadelphia, Pennsylvania 19103-51
*Defendant*

Slingshot Technologies Corporation
c/o Adam Pasternack, President
2400 Market Street SU
Philadelphia, Pennsylvania 19103-51
*Defendant*

   I also certify that a copy of the above and foregoing Notice was mailed via electronic mail on the 11th day of March, 2013, to:

| | |
|---|---|
| j2 Global, Inc. | j2 Global Canada, Inc. |
| 6922 Hollywood Boulevard | 2379 Holly Lane, Suite 210 |
| Hollywood, California 90028 | Ottawa, Ontario K1V 7P2 |
| *Defendant* | *Defendant* |

                /s/ Patrick M. Jones