# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Paldo Sign and Display Company

                                 Plaintiff,

v.                                                  Case No.: 1:13–cv–01896
                                                          Honorable John W. Darrah

Unified Marketing, LLC, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 9, 2013:

      MINUTE entry before Honorable John W. Darrah: Ruling on motion hearing held on Defendant j2 Global Canada's Motion to Dismiss Counts II & III of Plaintiff's Amended Complaint. Defendant Accelero Communications joined in the Motion to Dismiss. The Motion to Dismiss is granted [22] and Counts II & III are dismissed with regards to Defendants j2 Global Canada and Defendant Accelero Communications, without prejudice. Defendants j2 Global Canada and Accelero shall file their Answers to Count I on or before 5/8/13. Status set for 6/13/13 at 9:30 a.m. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.